**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PinSeekers DeForest Operations LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-4740168** |

**4.    Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **6909 River Road**<br>**DeForest, WI 53532**<br>Number, Street, City, State & ZIP Code | **PO Box 5065**<br>**Coralville, IA 52241**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Dane**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    **https://pinseekers.golf/deforest/**

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **PinSeekers DeForest Operations LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7139**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Debtor  **PinSeekers DeForest Operations LLC**                          Case number (*if known*)
     Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **PinSeekers DeForest Operations LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 18, 2025**
                MM / DD / YYYY

**X /s/ Nicholas A. Andersen**                          **Nicholas A. Andersen**
Signature of authorized representative of debtor          Printed name

Title

**18. Signature of attorney**

**X /s/ Rebecca R. DeMarb**                    Date **February 18, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Rebecca R. DeMarb**
Printed name

**SWANSON SWEET LLP**
Firm name

**8020 Excelsior Drive
Suite 401
Madison, WI 53717**
Number, Street, City, State & ZIP Code

Contact phone    **608-709-5992**          Email address    **rdemarb@swansonsweet.com**

Bar number and State

## CONSENT RESOLUTION OF THE MEMBERS OF
## PINSEEKERS DEFOREST OPERATIONS, LLC

Golf DeForest RE, LLC, holding 90% of the membership interest in PinSeekers DeForest Operations, LLC (the "Company"), a Wisconsin limited liability company, and Palm Ventures, LLC, holding 10% of the membership interest in the Company, do hereby waive notice of meeting and adopt the following resolutions by written consent:

**WHEREAS**, the Company leases real estate located at 6909 River Road, DeForest, Wisconsin 53532 to operate a year-round golf and entertainment business.

**WHEREAS**, the Company has determined that it is desirable and in the best interests of the Company, creditors, employees, and other interested parties that the Company file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Wisconsin.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Wisconsin.

**BE IT FURTHER RESOLVED** that Nicholas A. Andersen (the "Authorized Agent") be, and hereby is, authorized and directed, in the name of and on behalf of the Company to (1) work with, prepare, and file the petition for relief for the Company at a time and in a manner within the Authorized Agent's discretion; (2) cause to be filed all other necessary and essential papers in connection with the Company's chapter 11 proceeding and to prosecute such papers; and (3) to take further and other actions and take any additional steps, in the name and on behalf of the Company, necessary and appropriate to prosecute the chapter 11 proceeding.

**BE IT FURTHER RESOLVED** that the Authorized Agent be, and hereby is, authorized and directed to employ the law firm of Swanson Sweet LLP ("SSLLP") as general bankruptcy counsel to represent and assist the Company in prosecuting cases under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Agent be, and hereby is, authorized and directed to execute appropriate retention agreements with SSLLP and to pay appropriate retainers.

**BE IT FURTHER RESOLVED** that the Authorized Agent be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Agent be, and hereby is, authorized and directed to execute appropriate retention agreements.

1

**BE IT FURTHER RESOLVED** that the Authorized Agent be, and hereby is, authorized and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Agent deems necessary, proper, or desirable in connection with the chapter 11 proceeding.

**BE IT FURTHER RESOLVED** that, in connection with the commencement of the chapter 11 proceeding, the Authorized Agent be, and hereby is, authorized and directed to seek approval of the use of cash collateral or the incurrence of post-petition debt, and the Authorized Agent be, and hereby is, authorized and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents by or on behalf of the Company necessary to implement the foregoing, as well as any additional or further agreements for the use of cash collateral or post-petition debt in connection with the chapter 11 proceeding, which agreements may require that the Company grant liens.

**BE IT FURTHER RESOLVED** that, in addition to the specific authorizations conferred upon the Authorized Agent, the Authorized Agent, and his designees or delegates, be, and hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents to pay all expenses, including but not limited to filing fees, in each case as in the Authorized Agent's judgment shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**BE IT FURTHER RESOLVED** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby approved and ratified as true acts and deeds of the Company, with the same force and effect as if each such act, action, or transaction had been specifically authorized in advance by this resolution.

SIGNATURE PAGE FOR
CONSENT RESOLUTION OF THE MEMBERS OF
PINSEEKERS DEFOREST OPERATIONS, LLC


**GOLF DEFOREST RE, LLC (90%)**


By: *Scott A. Andersen*
      Scott A. Andersen, as an authorized
      representative of Golf DeForest RE, LLC


**PALM VENTURES, LLC (10%)**


By: *Austin Palm*
      Austin Palm, as an authorized representative
      of Palm Ventures, LLC

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **PinSeekers DeForest Operations LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| All in the Timing Productions, LLC c/o Hunter Adam Connors-Herm 913 N. Wingra Drive Madison, WI 53715 | | **Trade Payable** | **Unliquidated** | | | $3,323.25 |
| Badger Sports Properties, LLC c/o CT Corporation System 301 S. Bedford Street Suite 1 Madison, WI 53703 | | **Trade Payable** | **Unliquidated** | | | $56,568.00 |
| Bill Ranguette 1050 Lillian Street Suite 300 Waunakee, WI 53597 | | **Note Payable** | **Unliquidated** | | | $63,833.49 |
| Coverall North America Inc 3315 N. 124th Street Suite C Brookfield, WI 53005-3105 | | **Trade Payable** | **Unliquidated** | | | $8,600.00 |
| Fearing's Audio-Video-Security 722 Walsh Raod Madison, WI 53714 | | **Trade Payable** | **Unliquidated** | | | $5,891.23 |
| FRANK LIQUOR COMPANY INC 2115 N. Pleasant View Road Middleton, WI 53562 | | **Trade Payable** | **Unliquidated** | | | $1,135.28 |
| General Beverage Sales Madison 6169 McKee Road Fitchburg, WI 53719 | | **Trade Payable** | **Unliquidated** | | | $1,852.46 |

| Debtor | **PinSeekers DeForest Operations LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Off Course Productions, Inc. dba Glow Ge 1773 Stardust Plaza Palm Springs, CA 92264 | | Trade Payable | Unliquidated | | | $18,160.00 |
| Performance Foodservice - La Crosse 100 Harbor Plaza Suite 200 La Crosse, WI 54601 | | Trade Payable | Unliquidated | | | $4,969.04 |
| PINSEEKERS DEFOREST LLC 1100 Anderson Place Suite 5500 Tiffin, IA 52340 | | Unpaid Rent | Unliquidated | | | $630,000.00 |
| Quartz Health Benefit Plans Corporation 2650 Novation Parkway Fitchburg, WI 53713 | | Trade Payable | Unliquidated | | | $3,035.17 |
| Ryan Ranguette 1105 Parkview Circle Waunakee, WI 53597 | | Unknown | Unliquidated | | | $1,872.25 |
| Schemmel Law Office 6200 Mineral Point Road Suite 100 Madison, WI 53705 | | Legal Services | Unliquidated | | | $1,564.00 |
| St. Somwhere, Inc. 1050 Lillian Street Waunakee, WI 53597 | | Management Contract | Unliquidated | | | $22,000.00 |
| Stroud Willink & Howard, LLC 33 E. Main Street Suite 610 Madison, WI 53703 | | Legal Services | Unliquidated | | | $5,950.00 |
| TopGolf USA Inc 8750 North Central Expressway Suite 1200 Dallas, TX 75231 | | Trade Payable | Unliquidated | | | $9,969.76 |

Debtor    **PinSeekers DeForest Operations LLC**                                            Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Department of Labor Wage and Hour Division 310 W. Wisconsin Avenue, Suite 1170 Milwaukee, WI 53203** | | **Civil Money Penalty for Child Labor Violations** | **Disputed** | | | **$50,989.62** |
| **V Marchese, Inc. 600 S. Jake Marchese Way Milwaukee, WI 53204** | | **Trade Payable** | **Unliquidated** | | | **$3,760.85** |
| **Village of DeForest 120 South Stevenson Street DeForest, WI 53532** | | **Trade Payable** | **Unliquidated** | | | **$2,227.50** |
| **WDI LLC dba Wisconsin Distributors, Sun 900 Progress Way Sun Prairie, WI 53590** | | **Trade Payable** | **Unliquidated** | | | **$2,765.01** |

1020 Quinn Dr., LLC
c/o William Ranguette
1050 Lillian Street
Suite 300
Waunakee, WI 53597

1st American Pest Control
4222 Milwaukee Street
#4
Madison, WI 53714

3RS Holding, LLC
1050 Lillian Street
Suite 300
Waunakee, WI 53597

A.F.
901 Sunset Bay
Waunakee, WI 53597

A.N.
7709 Catchfly Lane
Deforest, WI 53532

A.Q.
730 South Main Street
#1
Deforest, WI 53532

Aiden Bengry
6596 Scattergood Lane
Windsor, WI 53598

Alejo Quechol
730 South Main Street
#1
Deforest, WI 53532

Alex Ripp
7436 Clemens Road
Dane, WI 53529

Alex Shinnick
360 Bella Way
Sun Prairie, WI 53590

Alexander J. Andersen
1704 Green Oaks Pass
Tiffin, IA 52340

All in the Timing Productions, LLC
c/o Hunter Adam Connors-Herm
913 N. Wingra Drive
Madison, WI 53715

Alsco
505 East 200 South
Salt Lake City, UT 84102

Amazon.com
ATTN: General Counsel
PO Box 81226
Seattle, WA 98108-1226

Andersen Holdings, LLC
P.O. Box 5198
IA 52441

Attorney General of the United States
U.S Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Austin Davis
N2814 Demynck Road
Lodi, WI 53555

Austin Harris
6661 Fairway Circle
Windsor, WI 53598

Austin James Palm
1101 Parkview Circle
Waunakee, WI 53597

Avery Meek
413 HAWTHORN CT
Deforest, WI 53532

Avery Tourdot
1003 Pasadena Parkway
Waunakee, WI 53597

B.S.
1020 Aldora Ln
Waunakee, WI 53597

Badger Sports Properties, LLC
c/o CT Corporation System
301 S. Bedford Street
Suite 1
Madison, WI 53703

Bailey Elizabeth Andersen
2101 Scales Bend Road
North Liberty, IA 52317

Bailey Monroe
803 Shooting Start Circle
Deforest, WI 53532

Beechwood Distributors
5350 S. Emmer Drive
New Berlin, WI 53151

Ben Lindley
1703 Dover Drive
Waunakee, WI 53597

Bill Ranguette
1050 Lillian Street
Suite 300
Waunakee, WI 53597

Brady Cizek
310 Grant Street
Waunakee, WI 53597

Brady Stensven
237 Merrick Terrace
Marshall, WI 53559

Breakthru Beverage Wisconsin On Premise,
4454 Robertson Rd
Madison, WI 53714

Brett Owen
625 Seminole Way
Deforest, WI 53532

Brian Markle
809 Steven View
Waunakee, WI 53597

Brianna Larson
694 Pelican Lane
Sun Prairie, WI 53590

Brittany Strunz
6408 Bridge Road
Monona, WI 53715

C.M
926 Skylark Lane
Deforest, WI 53532

C.O.
4361 Wren Court
Windsor, WI 53704

C.S.

Capital Newpapers
1901 Fish Hatchery Road
Madison, WI 53713

CARISOLO,INC.
E7995 School Road
Sauk City, WI 53583

Chalea Paulson
S8325 Denzer Road
North Freedom, WI 53951

Chloe Knutson
332 Harvard Drive
Deforest, WI 53532

Christian Bakken
2171 Effingham Way
Sun Priaire, WI 53590

Cintas
2222 Vondron Road
Madison, WI 53718

Connor Anhalt
7713 Clinton Road
Deforest, WI 53532

Coverall North America Inc
3315 N. 124th Street
Suite C
Brookfield, WI 53005-3105

Cristian Ramirez
6721 Century Avenue
Middleton, WI 53562

David J. Streb
P.O. Box 5065
Coralville, IA 52241

Daytona Zick
W10140 County Road X
Portage, WI 53901

DeForest Utilities
306 Deforest Street
DeForest, WI 53532

Department of Labor
Attn: Secretary of Labor
200 Constitution Ave NW
Washington, DC 20210

Design Garden LLC
545 D'onofrio Drive
Unit 7
Madison, WI 53719

Douglas Rauls
903 Parkside Drive
Waunakee, WI 53597

Dylan Tecuanhuey
106 Brown Quail Court
Apt #4
Madison, WI 53713

Elizabeth Lucik
2965 Hoepker Rd
Apt. 334
Sun Prairie, WI 53590

Ethan Prusakiewicz
4463 Meadowwood Circle
Deforest, WI 53532

Fanny Jarelis
2297 S. Thompson Drive
Madison, WI 53716

Fearing's Audio-Video-Security
722 Walsh Raod
Madison, WI 53714

Frank Beer Distributors, Inc.
2115 N. Pleasant View Road
Middleton, WI 53562

FRANK LIQUOR COMPANY INC
2115 N. Pleasant View Road
Middleton, WI 53562

General Beer Distributors
6169 McKee Road
Fitchburg, WI 53719

General Beverage Sales Madison
6169 McKee Road
Fitchburg, WI 53719

Ginger Zimmerman
Murphy Desmond
33 E. Main Street, Suite 500
Madison, WI 53703

Golf DeForest RE LLC
115 Third Street SE
Suite 1200
Cedar Rapids, IA 52401

Golf DeForest RE, LLC
1100 Andersen Place, Suite 500
Tiffin, IA 52340

Grace Malterre
5158 Reynolds Ave
Waunakee, WI 53597

Haley Peterson
606 Williamsburg Way Court
Fitchburg, WI 53711

Haley Werlein
5615 Fraser Circle
Madison, WI 53718

Hayden Schabel
N5940 East Neda Road
Iron Ridge, WI 53035

Ian Hughey
1411 Montondon Avenue
Wauankee, WI 53597

Internal Revenue Service
P.O. Box 742562
Cincinnati, OH 45280-2562

Intuit
2700 Coast Avenue
Mountain View, CA 94043

J&K Security Solutions
1605 S. Park Street
Madison, WI 53715

J.P.
7715 Indigo Dr
Deforest, WI 53532

Jacob Parish
308 Forreston Dr
Cottage Grove, WI 53527

Jake Bova
1708 DunWoody Lane
Waunakee, WI 53597

Jamello Moorehead
409 Iroquois
Deforest, WI 53532

Janet Nayeli  De Anda Yanez
3158 Ridgeway Avenue
Apt. #109
Madison, WI 53704

Jasson Howell
601 W Slifer Street
#215
Portage, WI 53901

Jeffrey Statz
6615 Scattergood Lane
Windsor, WI 53598

Jenna Graske
6670 Dusky Glen
Windor, WI 53598

Joe Munns
4321 Autumn Fields Road
Windsor, WI 53598

John Paulson
1405 Hanover Place
Waunakee, WI 53597

Jose Alberto Rivera


Joshua Alfred
1306 Colton Court
Waunakee, WI 53597

Josie Ramirez
6721 Century Avenue
Middleton, WI 53562

Juan Nolasco
188 Bluejay Lane
Unit A
Madison, WI 53704

Juan Tecuanhuey
106 Brown Quail Court
Apt #4
 53713

Julien Brown
2965 Hoepker Rd
Apt. 223
Sun Priaire, WI 53590

Kendra Barrow
5452 Congress Avenue
Apt. 4
Madison, WI 53718

Kristin Reese
2857 Happy Valley Road
Sun Prairie, WI 53590

Kyanna Williamson
1233 Jackson Street
Apt. #108
Stoughton, WI 53589

Kyle Her
477 Dahl Dr
Deforest, WI 53532

Lauren McCahill
9 Kings Mill Circle
Unit 115
Madison, WI 53718

LEAF Capital Funding, LLC
2005 Market Street
14th Floor
Philadelphia, PA 19103

LEAF Capital Funding, LLC
8100 Sandpiper Circle, Suite 300
Nottingham, MD 21236

Lease Services
PO Box 13604
Philadelphia, WI 19101-3604

Lilly Sachtjen
6880 Valiant Drive
Windsor, WI 53598

Lucas Albright
480 Maynard Dr
Sun Priaire, WI 53590

Luzdainy Rito
508 Deforest Street
Deforest, WI 53532

Maci Bartels
4594 Prairie Fire Court
Deforest, WI 53532

Maddie Mitchell
213 Madison Ave
Deforest, WI 53532

Madison College
1701 Wright Street
Madison, WI 53704

Marla Kopp
6337 Viaduct Road
Dane, WI 53529

MaryKate Shlimovitz
2706 Center Ave
#3
Madison, WI 53704

Matt Hektoen
Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401

Max Mitchell
213 Madison Ave
Deforest, WI 53532

Maxwell Wohlleber
711 Pirate Island Road
Apt. 19
Monona, WI 53716

Michael Sommers
6843 Court St
Windsor, WI 53598

Michelle Christensen
1270 Stonewood Crossing #3107
Sun Priaire, WI 53590

Mini Melts
19 Ohio Avenue
Suite 4
Norwich, CT 06360

Miriam Lopez Torrez
2297 S Thompson Dr
Madison, WI 53716

N.K.
483 Dahl Dr
Madison, WI 53532

Nadia Chaudhary
1718 Ashford Lane
Waunakee, WI 53597

Nicholas A. Andersen
1704 Green Oaks Pass
Tiffin, IA 52340

Nick Kemp
483 Dahl Dr
Madison, WI 53532

Noe Nolasco
2509 Independece Ln
Madison, WI 53704

Nolan Powers
508 Hanks Hollow Trail
DeForest, WI 53532

NuCO2
2800 SE Market Place
Stuart, FL 34997

Off Course Productions, Inc. dba Glow Ge
1773 Stardust Plaza
Palm Springs, CA 92264

Olivia Kaminsky
6809 Valiant Drive
Windsor, WI 53598

One Community Bank
1351 Water Wheel Drive
Waunakee, WI 53597

Otis Crawford
540 East Holum Street
Deforest, WI 53532

Owen Maier
6105 River Road
Waunakee, WI 53597

P.A.
1107 Parkview Circle
Waunakee, WI 53597

P.R.
1106 Parkview Circle
Waunakee, WI 53597

Palm Ventures, LLC
1101 Parkview Circle
Waunakee, WI 53597

Palm Ventures, LLC
1107 Park View Circle
Waunakee, WI 53597

Parker Bilderback
4365 Windsor Road
Windsor, WI 53598

Parker Rogalla
734 Jupiter Drive
Apt. 202
Madison, WI 53718

PayPal
2211 North First Street
San Jose, CA 95131

Performance Foodservice - La Crosse
100 Harbor Plaza
Suite 200
La Crosse, WI 54601

Phillips Distributing Corporation
3010 Nob Hill Road
Madison, WI 53713

Pinseeker's, LLC
1050 Lillian Street
Suite 300
Waunakee, WI 53597

Pinseeker's, LLC
c/o Attorney Norman D. Farnam
Stroud Willink & Howard, LLC
33 E. Main Street, Suite 610
Madison, WI 53703

PINSEEKERS DEFOREST LLC
1100 Anderson Place
Suite 5500
Tiffin, IA 52340

PinSeekers DeForest LLC
1100 Anderson Place
Suite 550
Tiffin, IA 52340

Presston Hindes
4958 Innovation Dr
Deforest, WI 53532

Pro-Flo Inc
10099 W. Ute Avenue
Littleton, CO 80127

Quartz Health Benefit Plans Corporation
2650 Novation Parkway
Fitchburg, WI 53713

Raquelle Pratt VandenBoom
960 John Nolen Drive #506
Madison, WI 53704

Robert Boss
201 Bruns St
DeForest, WI 53598

Robert Kenney
710 Dempsey Rd
Madison, WI 53714

Royce Ranguette
1105 Parkview Circle
Waunakee, WI 53597

Ryan Bussen
2204 Scoil Ct
Waunakee, WI 53597

Ryan R. Ranguette
1105 Parkview Circle
Waunakee, WI 53597

Ryan Ranguette
1105 Parkview Circle
Waunakee, WI 53597

Sarin Gurske
502 West Oneida St
Portage, WI 53901

Schemmel Law Office
6200 Mineral Point Road
Suite 100
Madison, WI 53705

Scott A. Andersen
P.O. Box 5198
Coralville, IA 52241

Scott Hanner
400 Old Indian Trail
Deforest, WI 53532

Siri Olson
6920 Valiant Drive
Windsor, WI 53704

Skylar Adkins
5017 Stonehaven Drive
Madison, WI 53716

Skylar Spridco
6837 Valiant Drive
Windsor, WI 53598

Soari Herrera Andrade
188 Bluejay Lane
Madison, WI 53704

St. Somewhere, Inc.
1050 Lillian Street
Suite 300
Waunakee, WI 53597

St. Somwhere, Inc.
1050 Lillian Street
Waunakee, WI 53597

Stroud Willink & Howard, LLC
33 E. Main Street
Suite 610
Madison, WI 53703

T.S.
4620 Mistflower Ct
Deforest, WI 53533

TaylorMade Golf Co Inc.
5545 Fermi Court
Carlsba, CA 92008

Timothy White
5470 Cuba Valley Dr
Waunakee, WI 53597

TopGolf USA Inc
8750 North Central Expressway
Suite 1200
Dallas, TX 75231

TopGolf USA, Inc.
8750 North Central Expressway
Suite 1200
Dallas, TX 75231

Trace Grundahl
3343 Vinburn Rd
Sun Priaire, WI 53590

Traytin Dittberner
802 W. Franklin Street
Portage, WI 53901

Trevor Leuch
1219 Woodbridge Trail
Waunakee, WI 53597

Tucker Grundahl
3343 Vinburn Rd
Sun Priaire, WI 53590

Ty Ngo
4312 GROSBEAK GLEN
Windsor, WI 53598

Tyler Rakow
410 Meadow Oak Trail
Deforest, WI 53533

U.S. Attorney's Office
Attn: Civil Process Clerk
222 W Washington Ave, Suite 700
Madison, WI 53703

U.S. Department of Labor
Wage and Hour Division
310 W. Wisconsin Avenue, Suite 1170
Milwaukee, WI 53203

V Marchese, Inc.
600 S. Jake Marchese Way
Milwaukee, WI 53204

Village of DeForest
120 South Stevenson Street
DeForest, WI 53532

WDI LLC dba Wisconsin Distributors, Sun
900 Progress Way
Sun Prairie, WI 53590

William W. Ranguette
528 Vanderbilt Drive
Waunakee, WI 53597

Wis. Department of Workforce Development
P.O. Box 7946
Madison, WI 53707

Wisconsin Department of Revenue
P.O. Box 8981
Madison, WI 53708-8981

Wisconsin Department of Workforce
PO Box 7946
Madison, WI 53707

Wittek Golf Supply
300 Bond Street
Elk Grove, IL 60007

Wolter Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209

WP Beverages
PO Box 496
860 West Street
Watertown, WI 53094

```
Zach Vils
4591 Prairie Fire Court
Deforest, WI 53532
```

# United States Bankruptcy Court
### Western District of Wisconsin

In re   **PinSeekers DeForest Operations LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **PinSeekers DeForest Operations LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Golf DeForest RE, LLC**
**1100 Andersen Place, Suite 500**
**Tiffin, IA 52340**

**Palm Ventures, LLC**
**1107 Park View Circle**
**Waunakee, WI 53597**

☐ None [*Check if applicable*]

**February 18, 2025**

Date

/s/ Rebecca R. DeMarb

**Rebecca R. DeMarb**

Signature of Attorney or Litigant
Counsel for **PinSeekers DeForest Operations LLC**

**SWANSON SWEET LLP**

**8020 Excelsior Drive**
**Suite 401**
**Madison, WI 53717**
**608-709-5992 Fax:608-709-5887**
**rdemarb@swansonsweet.com**