So Ordered.

Dated: February 21, 2025

Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re:  
PinSeekers DeForest Operations LLC,  
Debtor.

Case No. 25-10326-beh  
Chapter 11

**ORDER EXTENDING DEADLINE TO FILE COMPLETION SCHEDULES**

PinSeekers Deforest Operations LLC, (the "Debtor") filed a motion to extend the deadline under which it must file its Summaries of Assets and Liabilities, Schedules A/B, D, E/F, G, and H, Statement of Financial Affairs, and Equity Security Holder Lists (collectively, the "Completion Schedules").

The Court held a hearing to consider the Debtor's request on February 20, 2025. Rebecca R. DeMarb, Virginia E. George, and Peter T. Nowak appeared on behalf of the Debtor, Tiffany E. Rodriguez appeared on behalf of the United States Trustee, Jane F. Zimmerman appeared on behalf of One Community Bank, Erin A. West, Crystal N. Abbey, and Matthew Hektoen appeared on behalf of Golf DeForest RE, LLC, Nicholas Teachout appeared on behalf of the Wisconsin Department of Financial Institutions, Allen D. Reuter appeared on behalf of the Village of DeForest, and John

P. Driscoll appeared on behalf of 3RS Holding, LLC, St. Somewhere, Inc., William Ranguette, and Ryan Ranguette.

Based on the record and the arguments of counsel, and for the reasons stated on the record, IT IS HEREBY ORDERED that the Debtor's deadline to file the Completion Schedules is extended from March 4, 2025, to **March 18, 2025**.

# # #